[No. 44515-4-I. Division One. January 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS D. WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-07945-9, Patricia H. Aitken, J., entered March 29, 1999. *Remanded* by unpublished per curiam opinion.

[Nos. 45032-8-I; 45985-6-I. Division One. January 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. REGGIE A. TORRES, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 98-1-07579-8, Harriett M. Cody, J., entered June 30, 1999. *Remanded* by unpublished per curiam opinion.

[No. 45155-3-I. Division One. January 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SIMON OFFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-06644-8, Sharon S. Armstrong, J., entered August 6, 1999. *Remanded* by unpublished per curiam opinion.

[No. 45367-0-I. Division One. January 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL CHENIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-04160-3, Patricia H. Aitken, J., entered October 1, 1999. *Remanded* by unpublished per curiam opinion.